**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**TO:** Randy Carney, Clerk
Jackson County Circuit Court

**DATE:** September 5, 2017

**FROM:** ARTHUR JOHNSTON, CLERK
BY: P. Stokes, DEPUTY CLERK    *P. Stokes*

**SUBJECT:** Matthew Hall vs. Taylor Capers, et al.
Case Number 1:17cv138HSO-RHW

Enclosed is a certified copy of Order to Remand and Docket Sheet in the above styled and numbered cause.

Please acknowledge receipt on the copy of this memo and return to the U.S. District Clerk's Office in the enclosed self addressed stamped envelope.

Should you have any questions, contact the Clerk's Office at 228-563-1700.

Thank you.